CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 11 2008

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM A. JASPER, | ) | |
| A.K.A. EDWARD A. JASPER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:08cv00279 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| KELLY D. CHRIS, et al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the plaintiff's complaint shall be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g); plaintiff's motion to proceed in forma pauperis is **DENIED**; any other pending motions are **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 11th day of April, 2008.

_____
United States District Judge

Dockets.Justia.com